IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

VICTOR ELLIS PINKINS, and all others     *
similarly situated,

                                   *

            Plaintiff,                Case No. 1:17-CV-68(WLS)
v.                                   *

KEVIN SPROUL & STEVEN KYLES,     *

           Defendants.            *
_____

## **J U D G M E N T**

Pursuant to this Court's Order dated March 29, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 1st day of April, 2019.

                                   David W. Bunt, Clerk

                                   s/ William C. Lawrence, Deputy Clerk